# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

       Plaintiff,       :       Case No. 3:05-cr-140

                              District Judge Thomas M. Rose
   -vs-                    Magistrate Judge Michael R. Merz
                         :

BRUCE THORNTON,

       Defendant.

## BINDOVER ORDER

This case came on for initial appearance and probable cause hearing on Petition of the United States Probation Officer (Doc. No. 86) alleging two violations of the Conditions of Supervised Release. Present with counsel, Defendant acknowledged receipt of the Petition and his understanding of the charged violations. Having been advised of his right to a probable cause hearing, Defendant knowingly, intelligently, and voluntarily waived a hearing and denied the violations.

The Magistrate Judge finds probable cause to believe the violations occurred, based on the declaration of Probation Officer Donoho (Doc. No. 86, PageID 511) and orders Defendant held in the custody of the United States Marshal pending a final revocation hearing at a date, time, and place to be set by Judge Rose.

September 8, 2011.

                                                      s/ **Michael R. Merz**
                                                  United States Magistrate Judge